JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al, | ) ) ) ) | SACV 05-00887-JVS(RNBx) |
| | ) ) | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Southlake Construction, CO., Inc., et al, | ) ) ) | |
| Defendants. | ) ) | |

The Court having issued an Order to Show Cause on <u>May 11, 2009</u> as to why this action should not be dismissed for lack of prosecution, with a response due on <u>May 26, 2009</u> and hearing on June 1, 2009, and no response having been made or appearance made, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 1, 2009

_____
James V. Selna
United States District Judge